UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JACK ROPER,<br>                Petitioner<br><br>       v.<br><br>JOHN D. CAULFIELD, Warden<br>CCA - Central Treatment Facility<br>1901 E Street, SE<br>Washington, D. C. 20003;<br><br>DEVON BROWN, Director<br>D. C. Department of Corrections<br>1923 Vermont Street, NW<br>Washington, D. C. 20001;<br><br>U. S. PAROLE COMMISSION<br>5550 Friendship Boulevard<br>Chevy Chase, MD 20815<br>                Respondents | Civil Action No. **07 0148**<br>(____) |

## MOTION TO PROCEED *IN FORMA PAUPERIS*

COMES now Petitioner, JACK ROPER, by and through himself, (*pro se*) in the above entitled and aforementioned cause; and moves this court for an Order granting this **Motion to Proceed In Forma Pauperis,** concomitant with the appointment of counsel for the good reasons adduced herein; or alternatively for a hearing to determine same.

### I. BACKGROUND

Information contained herein has been garnered from various government agencies and is forthwith incorporated into this pleading.

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

Petitioner was violated by the United States Parole Commission at a local revocation hearing in the District of Columbia; and was sentenced to a new term of imprisonment of <u>eighteen (18) months</u>. Petitioner was not able to confront and examine his accuser, i. e. "adverse witness,' who later recanted her accusations. Petitioner's constitutional rights were thus clearly violated and he now seeks redress.

In support of this motion Petitioner doth attest and depose the following under oath:

1. Petitioner maintains nor controls any checking or savings accounts, the proceeds of which might be used to retain competent counsel.

2. Petitioner neither owns nor controls any securities, i. e. stocks, bonds, warrants, options, etc., which may be sold or margined in order to retain competent counsel.

3. Petitioner neither owns, controls or leases any real property from which he derives income.

4. Petitioner possesses any real or chattel property, i. e. automobiles, jewelry or furniture that might be used to retain competent counsel.

5. Petitioner has no immediate, relatives or friends who are both willing and able to bear the burden of retaining competent counsel.

Petitioner intends to pursue a course of action seeking complete vindication and redress; and asserts that it is in the liberty interests of all parties, as well as the interests of justice that competent counsel be appointed forthwith.

JACK ROPER v. JOHN D. CAULFIELD, et al

For the reasons adduced herein Petitioner prays that this honorable court will grant his **Motion to Proceed *In Forma Pauperis*** and allow Petitioner to pursuer this cause of action in his efforts to protect his constitutional rights and obtain his liberty through adjudication of this matter as expeditiously and efficiently as possible.

Respectfully Submitted this 27 day of December 2006.

*[signature]*

**JACK ROPER**, *pro se*
DCDC No. #
CCA Central Treatment Facility
1901 E Street, SE
Washington, D. C. 20003

## OATH

I, JACK ROPER, Petitioner in the above-styled action, do swear under oath and penalty of perjury to having read the above Motion; and that the information contained herein is true and correct to the best of my knowledge.

## CERTIFICATE OF SERVICE

I, JACK ROPER, Petitioner, have furnished copies of this Motion by US Mail ("service") to the named respondents at their respective addresses on this 27 day of December, 2006; and have also sent copies ("cc:") to the following individuals:

> The Public Defender Service for the District of Columbia
>
> **Ms. OLINDA MOYD, Esq. – Parole Division**
>
> 633 Indiana Avenue, NW
>
> Washington, D. C. 20004