UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

JACK ROPER,  )
  )
 Petitioner, )
  )
 v. )  Civil Action No.  07 0148
  )
JOHN D. CAULFIELD, et al., )
  )
 Respondents. )

## ORDER

This matter comes before the Court upon review of Petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of habeas corpus. It is hereby

ORDERED that the application to proceed *in forma pauperis* is GRANTED.

_____
United States District Judge

DATE: 1/11/07