UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Jack Roper,   )
              )
      Petitioner,   )
              )
   v.         )   Civil Action No.   07 0148
              )
John D. Caulfield, *et al.*,   )
              )
      Respondents.   )

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this __30th__ day of Janury 2007,

ORDERED that respondent, by counsel, shall, within __30__ days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents, the United States Attorney for the District of Columbia and the Attorney General for the District of Columbia.

_____
United States District Judge