**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JACK ROPER** | : | **Case No.:    07-cv-0148 (JTB)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. PAROLE COMMISSION** | : | |
| | : | |

**GOVERNMENT'S MOTION FOR EXTENSION**
**OF TIME FOR FILING A RESPONSE TO DEFENDANT'S**
**PRO SE PETITION FOR A WRIT OF HABEAS CORPUS**

The United States, through its attorney, the United States Attorney for the District of

Columbia, respectfully requests an extension of time to file its response to Petitioner's pro se

Petition for a Writ of Habeas Corpus.  As grounds for this request, the United States submits the

following:

1.  On December 27, 2006, Petitioner filed a pro se Petition for a Writ of Habeas Corpus.

On January 30, 2007, this Court ordered the government to file its response to Petitioner's

habeas petition by Friday, March 9, 2007.

2.  Although the government has started to prepare its response to Petitioner's habeas

petition, it will need additional time to complete its response because government's counsel will

need to review the audiotape of Petitioner's probation revocation hearing that was held on

September 20, 2006.  It will be necessary to review the tape of Petitioner's revocation hearing in

order to thoroughly respond to the claims he is raising in his Petition.

3.   On March 8, 2007, undersigned counsel contacted an attorney with the U.S. Parole

Commission ("Commission"), and informed her of the government's need to review the tape or a

transcript of the revocation hearing that was held on September 20, 2006.  On March 9, 2007, the attorney with the Commission stated that the agency will need additional time to find the audiotape of Petitioner's revocation hearing.  Therefore, the government is requesting an additional 30 days, until Monday, April 9, 2007, to file its response to Petitioner's habeas petition.

4.   This is the government's first request for an extension for filing its response to Petitioner's habeas petition.

WHEREFORE, the United States respectfully requests an extension of time, until Monday, April 9, 2007, to file its response to Petitioner's habeas petition.  A proposed order is attached.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

ROBERT D. OKUN
Chief, Special Proceedings Division
Assistant United States Attorney


_____/s/_____
TRICIA D. FRANCIS
Assistant United States Attorney
Room 10-447
555 4th Street, N.W.
Washington, D.C. 20530
202-353-9870

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was filed electronically with the Clerk's Office of the U.S. District Court for the District of Columbia, and was mailed on the _9th ____ day of March, 2007, to defendant, Jack Roper, DCDC # 200-954, District of Columbia Department of Corrections, Central Treatment Facility, 1901 E Street, S.E., Washington, D.C. 20003.

_____

_____
Assistant United States Attorney

.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JACK ROPER** | : | **Case No.:**    **07-cv-0148 (JTB)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **U.S. PAROLE COMMISSION** | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of the government's motion to extend the time for filing its response to defendant's <u>pro se</u> Petition for a Writ of <u>Habeas</u> Corpus, and the reasons stated therefore, it is

ORDERED that the government's motion is granted, and it is further

ORDERED that the government file its response by Monday, April 9, 2007.

_____          _____
DATE                                                      HON. JOHN T. BATES
                                                              U.S. District Court for the District of Columbia

cc:

Tricia D. Francis, Esq.                  Jack Roper
Assistant U.S. Attorney                 D.C.D.C. No. 200-954
Special Proceedings Section         Central Treatment Facility
555 4th Street, N.W.                      1901 E Street, S.E.
Washington, D.C. 20530               Washington, D.C. 20003