UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK ROPER,

    PETITIONER

v.

JOHN D. CAULFIELD, et. al.,

    RESPONDENTS.

RECEIVED
MAR 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Action No.:
07-148 (JDB)

## PETITIONERS AMENDED RESPONSE TO RESPONDENTS JOHN CAULFIELD AND DEVON BROWN'S RESPONSE TO THE COURTS ORDER TO SHOW CAUSE

### FACTS

On December 27, 2006 Petitioner filed a Petition for Writ of Habeas Corpus againsts Respondents. At the time of filing, Petitioner was incarcerated at the District of Columbia Central Treatment Facility (C.T.F.) at that time The Respondents has custody over the Petitioner at 1901 E Street S.E. See Ash v. Reilly 433 F Supp. Id 37

John Caulfield and Devon Brown are the proper Party Respondents at the time I filed my Petition. This Court have Jurisdiction over Petitioner's Petition. I WAS in the Custody of John Caulfield and Devon Brown at the Central Treatment Facility at 1901 E$^{st}$ S.E.

Respectfully Submitted

*[signature]* Roper 08148-007

08148-007

March 19, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACK ROPER,

    PETITIONER           Civil Action No.:
        V.                      07-148 (JDB)

JOHN D. CAULFIELD, et. al

    RESPONDENTS.


PETITIONER RESPECTFULLY REQUEST
APPOINTMENT OF COUNSEL


From December 27, 2006 to present I have been litigating my case Pro Se to the best of my ability. I have exhausted all my resources I do not know how to continue arguing my case Therefore, I'm respectfully requesting appointment of Counsel.

Respectfully Submitted

JACK ROPER  08148-007