UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jack Roper,**<br><br>　　**Petitioner,**<br><br>　　　　v.<br><br>**John D. Caulfield** *et al*,<br><br>　　**Respondents.** | Civil Action No.  07-0148 (JDB) |

## ORDER

　　In response to the Order directing respondents to show cause why the writ of *habeas corpus* should not be issued, the United States Parole Commission claims that the petition should be summarily denied.  Because consideration of this merits response could dispose of the case, petitioner, who is proceeding *pro se*, will be allowed time to reply.

　　In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

　　**ORDERED** that petitioner shall reply to the United States' opposition to his *habeas*

*corpus* petition by **May 7, 2007**. If petitioner does not respond by that date, the Court will treat this respondent's assertions as conceded and may summarily deny the petition and dismiss the case.

                                                                                                                                                                    /s/
                                                            JOHN D. BATES
                                     United States District Judge

Dated: April 2, 2007