UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Jack Roper,**<br><br>    **Petitioner,**<br><br>        v.<br><br>**John D. Caulfield** *et al*,<br><br>    **Respondents.** | Civil Action No. 07-0148 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the Order to Show Cause [Dkt. No. 5] is **DISCHARGED**; it is

**FURTHER ORDERED** that the petition for a writ of *habeas corpus* [Dkt. No. 1] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

                                                                        s/
                                                    JOHN D. BATES
                                       United States District Judge

Dated: July 19, 2007